**Opinion filed October 11, 2018**



### In The

# Eleventh Court of Appeals

_____

## No. 11-18-00252-CV
_____

## SALETA HERNANDEZ, Appellant

## V.

## SAFECO INSURANCE COMPANY OF INDIANA AND NATIONAL CATASTROPHE ADJUSTERS, INC., Appellees

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 26732-B**

### M E M O R A N D U M   O P I N I O N

Saleta Hernandez has filed in this court a motion to withdraw her notice of appeal. In the motion, Hernandez requests that her notice of appeal "be deemed withdrawn . . . and the appeal herein dismissed." In accordance with that request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

October 11, 2018                                        PER CURIAM

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.